IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

BRIAN DAVID PRICE,

        Plaintiff,                  No. 6:13-cv-01137-PK

    v.

CAROLYN W. COLVIN,                ORDER
Commissioner of Social Security

        Defendant.

HERNÁNDEZ, District Judge:

    Magistrate Judge Paul Papak issued a Findings & Recommendation (#17) on October 22, 2014, in which he recommends that this Court affirm the Commissioner's decision to deny Disability Insurance Benefits to Plaintiff Brian David Price.  Plaintiff has timely filed objections to the Findings & Recommendation.  The matter is now before me pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

    When any party objects to any portion of the Magistrate Judge's Findings & Recommendation, the district court must make a *de novo* determination of that portion of the

1 - ORDER

Magistrate Judge's report. 28 U.S.C. § 636(b)(1); Dawson v. Marshall, 561 F.3d 930, 932 (9th Cir. 2009); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

I have carefully considered Plaintiff's objections and conclude there is no basis to modify the Findings & Recommendation. I have also reviewed the pertinent portions of the record *de novo* and find no other errors in the Magistrate Judge's Findings & Recommendation.

## CONCLUSION

The Court ADOPTS Magistrate Judge Papak's Findings & Recommendation (#17), and therefore, the Commissioner's final decision is affirmed.

IT IS SO ORDERED.

DATED this 23 day of January, 2015.

*Marco Hernández*
MARCO A. HERNÁNDEZ
United States District Judge